*Law Office of*
ELIAS DAMIANAKOS, PLLC.
CHASE BUILDING, SUITE 900
2 EAST CONGRESS STREET
TUCSON, ARIZONA 85701
TEL: (520) 202-7316
FAX: (520) 202-7351
ELIAS DAMIANAKOS
EMAIL: ELIAS@DAMIANAKOSLAW.COM
STATE BAR NO. 022850
ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR10-0863-TUC-RCC (CRP) |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **MOTION FOR JOINDER IN** |
| | ) | **HENTHORNE REQUEST** |
| HEATHER MARIE MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

Defendant Heather Marie Martin, by and through counsel undersigned, and pursuant to L.R. Crim. P. 12.2(e), hereby moves to join in the Henthorn Request (Docket No. 205), filed by co-defendant Maria Isabel Monge-Sierras on March 22, 2011.

Defendant Heather Martin is in compliance with L.R. Civ. P. 7.2(j) (formerly local rule 1.10(j)), as she has previously requested Henthorn materials from the Government in her motions list. See Docket No. 133.

RESPECTFULLY SUBMITTED this 22nd day of March, 2011

      LAW OFFICE OF ELIAS DAMIANAKOS, PLLC

      By: /s/ ELIAS DAMIANAKOS
      Elias Damianakos
      Attorney for Defendant

1  Copy delivered electronically this date to:

2  Liza M. Granoff, AUSA
Francisco Leon, Attorney for Fabian Monge
3  Chris Kilburn, Attorney for Maria Isabel Monge-Sierras
Natalie Prince, Attorney for Frances Monge
4  D. Jesse Smith, Attorney for Mary Francis Carlson
Brad Roach, Attorney for Frank Steve Lopez
5  Walter B. Nash, III, Attorney for Lorena Marie Sylvester
Kathleen Williamson, Attorney for Belen Elisa Romero

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28